JAMES POLLY, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— After hesitation we conclude not to disturb the action of the court that set aside its dismissal of the plaintiff at the close of his case, on the ground of contributory negligence as matter of law, and directed a new trial. We do not intend in any way to fetter the action of the court upon the new trial. We think it proper to state that in our opinion there is no force in the contention of the learned counsel for plaintiff that the defendant was under any obligation to afford a safe way across the street to the plaintiff, save as that was implied in its working of its cars. Order unanimously affirmed, with costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. JONES, Respondent, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER E. SEXTON, Relator, v. EDWARD J. WEST and Others, Constituting the Board of Water Commissioners of the Port Washington Water District of the Town of North Hempstead, County of Nassau, and State of New York, Respondents.— Determination confirmed, writ annulled and proceedings dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

HERMAN C. REFFELT, Appellant, v. BROOKLYN DAILY TIMES, Respondent. — Judgment and order reversed and new trial granted, costs to abide the event, on the ground of error in the admission in evidence of defendant's Exhibit B at folio 678 of the record. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concurred.

MARY G. RUDOLPH, Respondent, v. ERNEST RUDOLPH, Appellant.— Order modified so as to allow no alimony to the plaintiff, but to allow $100 counsel fee, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

MARY DARNOSKA, as Administratrix, etc., of IGNATZ DARNOSKA, Deceased, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.

CLARENCE L. HILL, Respondent, v. ALICE M. KURTZ, Individually and as Trustee, etc., Appellant.— Motion for stay granted, on condition that the appeal be perfected, and the case placed on the April calendar. Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.